**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Deandre Derrick MEIGHAN,**
**Defendant-Appellant.**

**No. 16-30008**

United States Court of Appeals,
Ninth Circuit.

Submitted January 16, 2018 *

Filed January 19, 2018

Joseph Hilary Harrington, Assistant U.S. Attorney, USSP—Office of the U.S. Attorney, Spokane, WA, Russell E. Smoot, Assistant U.S. Attorney, DOJ-United States Attorney's Office, Eastern District of Washington, Spokane, WA, for Plaintiff-Appellee

Deandre Derrick Meighan, Pro Se

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

MEMORANDUM **

Deandre Derrick Meighan appeals from the district court's judgment and challenges the 100-month concurrent sentences imposed following his guilty-plea convictions for conspiracy to distribute a controlled substance and distribution of a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Meighan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Meighan the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.